400 A.2d 628

Zozofsky et vir. v. Kesilman et al., Appellants.

Argued December 4, 1978. Roger J. Harrington, for appellants; Jack E. Feinberg, for appellees.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment affirmed.

December 28, 1978
400 A.2d 628

Cinema Service Corp. v. Edbee Corp., Appellant.

Argued October 25, 1978. David M. Priselac, for appellant; Edgar J. Cooke, for appellee.

Before CERCONE, WIEAND and LIPEZ, JJ.

Decree affirmed.